**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ X

SHAEL CRUZ, *on behalf of himself and all others*
*similarly situated,*

                         Plaintiff,

    -against-

ANTHONY BRANDS HOLDINGS, INC.,

                  Defendant.

------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 04, 2021

ORDER

20 Civ. 4424 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on January 5, 2021 at 9:30 a.m. is hereby cancelled.

Plaintiff is ordered to submit a letter no later than Friday, February 5, 2021, apprising this Court as

to the status of this matter.

Dated: January 4, 2021
       New York, New York

                        SO ORDERED.

                        *George B Daniels*
                        GEORGE B. DANIELS
                        UNITED STATES DISTRICT JUDGE